UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE:  HON. LISA W. WANG, JUDGE

―――――――――――――――――――――――――

| | | |
|---|---|---|
| SW TECHNOLOGIES, formerly known as | : | |
| SHEN WEI USA INC., | : | |
| Plaintiff, | : | Court No.  23-00119 |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES, | : | |
| | : | |
| | : | |
| Defendant. | : | |
| | : | |

―――――――――――――――――――――――――  :

## NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Edward F. Kenny hereby has been substituted as principal attorney

of record for the United States, defendant, in the action noted above, in place of Marcella Powell, and

requests that all papers in connection therewith be referred to his attention.  Ms. Powell may be removed

as an attorney of record in this matter.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By:        /s/ Justin R. Miller
           JUSTIN R. MILLER
           Attorney-in-Charge

           /s/ Edward F. Kenny
           EDWARD F. KENNY
           Senior Trial Counsel
           Department of Justice, Civil Division
           Commercial Litigation Branch
           26 Federal Plaza, Room 346
           New York, New York 10278
Dated: October 18, 2024        Attorneys for Defendant
           (212) 264-0480 or 9230