Form 9-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 9**
**HONORABLE LISA W. WANG, JUDGE**

SW TECHNOLOGIES, formerly known as
SHEN WEI USA INC.

                                        Plaintiff,          Court No. 23-00119

            v.

THE UNITED STATES,

                                        Defendant.

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on attached Schedule A attached consists of single use nitrile patient examination gloves, notably styles Megaman (Item No. N26088(x)), Stellar S6 (Item No. N71688(x)), Aloeform Soft (Item No. N12840(x)), Aloeform X6 (Item No. N12940(x)), Megaman Blue (Item No. N77235(x)), Powerform X5+ (Item No. N02740(x)), and Hydrex (Item No. N10655(x)).[1]

---

[1] "(x)" denotes that the entries include various sizes which may be evidenced by differing numbers following the style code.

3. The imported merchandise was liquidated by U.S. Customs and Border Protection under Harmonized Tariff Schedule of the United States (HTSUS) subheading 4015.19.1010, HTSUS, which covers "Articles of apparel and clothing accessories (including gloves, mittens and mitts), for all purposes, of vulcanized rubber other than hard rubber: Gloves, mittens and mitts: Other: Other: Seamless, disposable" which has a duty rate of 3 percent *ad valorem* and secondarily under Chapter 99 heading 9903.88.38, HTSUS, which exempts the merchandise from Section 301 duties.

4. The stipulable imported merchandise is classifiable under subheading 4015.19.0550, HTSUS, which covers "Articles of apparel and clothing accessories (including gloves, mittens and mitts), for all purposes, of vulcanized rubber other than hard rubber: Gloves, mittens and mitts: Other: Medical, Other", at a duty rate of free, and secondarily under Chapter 99 heading 9903.88.39, HTSUS, which exempts the merchandise from Section 301 duties.

5. The imported merchandise, covered by the entries set forth on the attached schedule, is stipulable in accordance with this agreement.

6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

7. All other claims and non-stipulable entries covered by Court No. 23-00119 are abandoned.

8. Each party will bear its own costs and attorney's fees.

Stipulated Judgment On Agreed Statement Of Facts, Court No. 23-00119 (continued)     Form 9-3

Respectfully submitted,

By: _____

Jason M. Kenner
Amanda K. Levitt
Sandler Travis & Rosenberg, P.A.
675 Third Ave. Suite 1805-06
New York, NY 10017
212-549-0137
Attorneys for Plaintiff

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

By: _____ 8/4/2025

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

8/4/2025

EDWARD F. KENNY
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza
New York, New York 10278
Tel.: (212) 264-0480
Attorneys for the United States

IT IS HEREBY ORDERED that this action is decided and this final judgment is to be

entered by the Clerk of the Court; the appropriate U.S. Customs and Border Protection  officials shall

reliquidate the entries and make refund in accordance with the stipulation of the parties set forth

above.

_____
Hon. Lisa W. Wang, Judge

Date: _____

**SCHEDULE A TO STIPULATED JUDGMENT**

Apparel, Footwear and Textiles Center of Excellence and Expertise

| Court Number | Protest Number | Entry Number | Description of Merchandise |
|---|---|---|---|
| 23-00119 | 2006-21-106118 | K80-2105808-7 | Megaman Blue 77235(x)[i] |
| | | K80-2105822-8 | Megaman Blue 77235(x)<br>Steller S6 N71688(x) |
| | | K80-2106102-4 | Powerform X5+ N02740(x)<br>Hydrex N10655(x)<br>Aloeform Soft N12840(x) |
| | | K80-2106146-1 | Megaman Blue 77235(x)<br>Aloeform X6 N12940(x)<br>Aloeform Soft N12840(x)<br>Stellar S6 N71688(x) |
| | | K80-2106534-8 | Megaman N26088(x) |

---

[i] "(x)" denotes that the entries include various sizes which may be evidenced by differing numbers following the style code.